## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

CEDRIC GREENE,                              )
                                            )
            Plaintiff,                      )
                                            )
        v.                                  )        No.  4:25-cv-00334-SPM
                                            )
ACCESS SERVICES INC.,                       )
                                            )
            Defendant.                      )

## OPINION, MEMORANDUM AND ORDER

This closed case is before the Court on self-represented Plaintiff Cedric Greene's Motion for Relief After Mandate Issuance.  On March 28, 2025, the Court dismissed this action for improper venue.  On July 1, 2025, the Eighth Circuit Court of Appeals affirmed the dismissal.  The Eighth Circuit issued its mandate on August 4, 2025.  This action is closed and Plaintiff is not entitled to any further relief.

**IT IS HEREBY ORDERED** that Plaintiff Cedric Greene's Motion for Relief After Mandate Issuance is **DENIED**.  [Doc. 17]

**IT IS FURTHER ORDERED** that the Clerk of Court shall return any future filings in this closed case to Plaintiff without filing.

Dated this 12th day of  August, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE